[No. 33547-2-I.   Division One.   May 30, 1995.]

DONALD McDONALD, *Appellant*, v. KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-28480-6, J. Kathleen Learned, J., entered

September 24, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker, J., Agid, J., dissenting.